UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-61075-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON A. GITTENS,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed this action on May 19, 2016. D.E. 1. According to the first verified return of service, D.E. 9, Defendant was served on June 28, 2016. Accordingly, Defendant's answer was due on July 19, 2016, but it has failed to timely respond or to request an extension of time to do so and, in fact, has not made an appearance. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, on or before **Wednesday, July 27, 2016**, as to why it has not moved for a Clerk's Entry of Default. Alternatively, Plaintiff may move for a Clerk's Entry of Default by that date. **Failure to comply with this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _20TH_ day of July, 2016.

                                                 /s/ Ursula Ungaro
                                                 URSULA UNGARO
                                                 UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record; Jayson A. Gittens, *pro se*